**RECEIVED**

MAY - 8 2007

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:07-cr-126 |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | T. 18 U.S.C. § 1466A(a), (b) |
| | ) | T. 18 U.S.C. § 1467 |
| CHRISTOPHER S. HANDLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Receipt Of Obscene Visual Representations Of The Sexual Abuse Of Children)

On or about May 23, 2006, in the Southern District of Iowa, the defendant, CHRISTOPHER S. HANDLEY, knowingly received a visual depiction, namely one or more drawings or cartoons, that depicted a minor engaging in sexually explicit conduct, and depicts an image that is, or appears to be, of a minor engaging in graphic bestiality, sadistic or masochistic abuse, or sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex, which lacks serious literary, artistic, political, or scientific value, which had been mailed, shipped and transported in interstate or foreign commerce.

This is a violation of Title 18, United States Code, Section 1466A(a).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
### (Possession Of Obscene Visual Representations Of The Sexual Abuse Of Children)

On or about May 23, 2006, in the Southern District of Iowa, the defendant, CHRISTOPHER S. HANDLEY, knowingly possessed a visual depiction, namely one or more drawings or cartoons,

that depicted a minor engaging in sexually explicit conduct, and depicts an image that is, or appears to be, of a minor engaging in graphic bestiality, sadistic or masochistic abuse, or sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex, which lacks serious literary, artistic, political, or scientific value, which had been mailed, shipped and transported in interstate or foreign commerce.

This is a violation of Title 18, United States Code, Section 1466A(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Notice of forfeiture)

Upon conviction of one or more of the offenses, alleged in Counts One and Two in this Indictment, Defendant CHRISTOPHER S. HANDLEY, shall forfeit to the United States, pursuant to 18 U.S.C. § 1467, his interest in:

(1) any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71 of Title 18;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, if the court, in its discretion so determines, taking into consideration the nature, scope, and proportionality of the use of the property in such offense.

**A TRUE BILL.**

\s\
FOREPERSON

Matthew G. Whitaker
United States Attorney

By:   \s\ Craig Peyton Gaumer
Craig Peyton Gaumer
Assistant United States Attorney