IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

RECEIVED
OCT 1 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:07-cr-030 |
| | ) | |
| Plaintiff, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| v. | ) | T. 18 U.S.C. § 1466A(a), (b) |
| | ) | T. 18 U.S.C. § 1467 |
| CHRISTOPHER S. HANDLEY, | ) | T. 18 U.S.C. § 1461 |
| | ) | T. 18 U.S.C. § 2 |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Receipt Of Obscene Visual Representations Of The Sexual Abuse Of Children)**

On or about May 23, 2006, in the Southern District of Iowa, the defendant, CHRISTOPHER S. HANDLEY, knowingly received a visual depiction, namely one or more drawings or cartoons, that depict a minor engaging in sexually explicit conduct, and is obscene, and depicts an image that is, or appears to be, of a minor engaging in graphic bestiality, sadistic or masochistic abuse, or sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex, which lacks serious literary, artistic, political, or scientific value, which had been mailed, shipped and transported in interstate or foreign commerce.

This is a violation of Title 18, United States Code, Section 1466A(a).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Possession Of Obscene Visual Representations Of The Sexual Abuse Of Children)**

On or about May 23, 2006, in the Southern District of Iowa, the defendant, CHRISTOPHER S. HANDLEY, knowingly possessed a visual depiction, namely one or more drawings or cartoons,

that depicts a minor engaging in sexually explicit conduct, and is obscene, and depicts an image that is, or appears to be, of a minor engaging in graphic bestiality, sadistic or masochistic abuse, or sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex, which lacks serious literary, artistic, political, or scientific value, which had been mailed, shipped and transported in interstate or foreign commerce.

This is a violation of Title 18, United States Code, Section 1466A(b).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Possession Of Obscene Visual Representations Of The Sexual Abuse Of Children)**

On or about April 4, 2005, in the Southern District of Iowa, the defendant, CHRISTOPHER S. HANDLEY, knowingly possessed a visual depiction, namely one or more drawings or cartoons, that depict a minor engaging in sexually explicit conduct, and is obscene, and depicts an image that is, or appears to be, of a minor engaging in graphic bestiality, sadistic or masochistic abuse, or sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex, which lacks serious literary, artistic, political, or scientific value, and had been mailed, shipped and transported in interstate or foreign commerce by any means, including computer, and was produced using materials that had been mailed, shipped, and transported in interstate commerce.

This is a violation of Title 18, United States Code, Section 1466A(b).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 4**
**(Possession Of Obscene Visual Representations Of The Sexual Abuse Of Children)**

On or between May 4 and May 7, 2006, in the Southern District of Iowa, the defendant, CHRISTOPHER S. HANDLEY, knowingly possessed a visual depiction, namely one or more drawings or cartoons, that depict a minor engaging in sexually explicit conduct, and is obscene, and depicts an image that is, or appears to be, of a minor engaging in graphic bestiality, sadistic or masochistic abuse, or sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex, which lacks serious literary, artistic, political, or scientific value, which had been mailed, shipped and transported in interstate or foreign commerce by any means, including computer, and was produced using materials that had been mailed, shipped, and transported in interstate commerce..

This is a violation of Title 18, United States Code, Section 1466A(b).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**
**(Mailing Obscene Matter)**

In approximately May, 2006 or before, in the Southern District of Iowa, the defendant, CHRISTOPHER S. HANDLEY, knowingly used the United States mails for the mailing, carriage in the mails, and delivery of nonmailable obscene matter, that is, a copy of a book containing visual depictions, namely drawings and cartoons, that depicted graphic bestiality, including sexual intercourse, between human beings and animals such as pigs, monkeys, and others.

All in violation of Title 18, United States Code, Section 1461 and Title 18 U.S.C. § 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (Notice Of Forfeiture)

Upon conviction of one or more of the offenses, alleged above, Defendant CHRISTOPHER S. HANDLEY, shall forfeit to the United States, pursuant to 18 U.S.C. § 1467, his interest in:

(1) any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71 of Title 18;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, if the court, in its discretion so determines, taking into consideration the nature, scope, and proportionality of the use of the property in such offense.

**A TRUE BILL.**

\s\
FOREPERSON

Matthew G. Whitaker
United States Attorney


By: \s\ Craig Peyton Gaumer
Craig Peyton Gaumer
Assistant United States Attorney