IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:07-cr-126 |
| Plaintiff, | ) | 1:07 - 030 |
| v. | ) | JOINT SENTENCING |
| CHRISTOPHER S. HANDLEY, | ) | RECOMMENDATION |
| Defendant. | ) | |

COMES NOW the United States of America, through United States Attorney Nicholas A. Klinefeldt and Assistant United States Attorney Craig Peyton Gaumer, and Defendant Christopher S. Handley, through counsel Eric Chase, and hereby submit this joint sentencing recommendation to the Court.

1. The United States and the Defendant agree that a non-guidelines sentence is appropriate in this case, based on several factors set forth in 18 U.S.C. § 3553(a), which the parties will address either in presentencing briefs or at sentencing.

2. The parties recommend 6-months imprisonment for count two, violating 18 U.S.C. § 1466A(b), a class C felony, followed by 3 years of supervised release.

3. The parties recommend 5 years of probation on count five, violating 18 U.S.C. § 1461, a class D felony, to begin at the same time as, and run partially concurrent with, the 3 year supervised release term, as provided in 18 U.S.C. § 3564(b).

4. The Defendant agrees to forfeit the seized obscene materials, and the computer used to order and store obscene materials.

5. The Defendant agrees to a supervised release and probation condition that requires him to undergo, and fully cooperate with, available medical, psychiatric, or psychological evaluation and treatment, as specified by the Court. This condition is intended to provide him with diagnosis and treatment for sexuality and/or gender identity or other mental health issues.

6. The parties have no joint recommendation on any other sentencing issue not addressed in the plea agreement or herein.

Respectfully submitted,

Nicholas A. Klinefeldt
United States Attorney

By: /s/ Craig Peyton Gaumer
Craig Peyton Gaumer
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: craig.gaumer@usdoj.gov

Christopher S. Handley
Defendant

Eric A. Chase
Attorney for Defendant
The Chase Law Group PC
4181 Sunswept Drive, Suite 100
Studio City, CA 91604
Tel: (818) 487-7400
Fax: (818) 487-7414
Email: ericc@thebestdefense.com

CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record.

            UNITED STATES ATTORNEY

By:    /s/ *J. Beane*
        Legal Assistant