AO 245B    (Rev. 09/08) Judgment in Criminal Case
           Sheet 2 — Imprisonment

|  |  | Judgment — Page 2 of 8 |
|---|---|---|

DEFENDANT:        Christopher S. Handley
CASE NUMBER:      1:07-cr-00030-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    6 months on Count Two.

X    The court makes the following recommendations to the Bureau of Prisons:
That the Defendant be considered for placement at a community correctional facility or if that is not available, placement at a medical security facility so that Defendant's medical needs can be adequately met.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐  as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   X  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  *April 26 2010*  to  *FCI Englewood*
a *Littleton, CO 80123* , with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL
                                                    WARDEN

                                          By        _____
                                                    DEPUTY UNITED STATES MARSHAL
                                                    CSO